Jonathan H. Siegel (SBN 78143)
Benjamin J. Siegel (SBN 256260)
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California 94612
Phone: 510-452-5000
Fax:     510-452-5004
jsiegel@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiff LILY CERVANTES

James T. Anwyl (SBN 78715)
Lynn A. Garcia (SBN 131196)
Alexandra M. Asterlin (SBN 221286)
ANWYL & STEPP, LLP
PO Box 269127
Sacramento, CA 95826
Phone: (916) 565-1800
Fax:     (916) 565-2374
jtanwyl@anwylaw.com
lag@anwylaw.com
aasterlin@anwylaw.com

Attorneys for Defendant STOCKTON UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY CERVANTES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT and DOES I through XX, inclusive,<br><br>　　　　Defendant. | Case No. 2:15-cv-00060-KJM-AC<br><br>**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

///

///

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No. 2:15-cv-00060-KJM-AC

Plaintiff Lily Cervantes ("Plaintiff") and Defendant Stockton Unified School District. ("Defendant"), collectively ("the Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the settlement conference be moved to April 28, 2016 at 9:00 a.m. in Courtroom No. 26, 8th Floor, before Magistrate Judge Allison Claire.

The settlement conference is currently scheduled for January 7, 2016 at 9:00 a.m. in Courtroom No. 26, 8th Floor, before Magistrate Judge Allison Claire. The parties have conferred and believe that a settlement conference at a later date, after further discovery is completed, is more likely to be productive and possibly lead to settlement.  Based on that joint understanding, plaintiff's counsel Benjamin Siegel contacted Magistrate Claire's courtroom deputy, Valerie Callen, to request that the settlement conference be moved. On December 10, 2016, Ms. Callen confirmed that the settlement conference could be moved to April 28, 2016 at 9:00 a.m., and that she would hold this date until the parties submitted a joint stipulation formally requesting that it moved to this date and time.

Accordingly, the Parties hereby jointly stipulate and request that the settlement conference be moved to April 28, 2016 at 9:00 a.m. in Courtroom No. 26, 8th Floor, before Magistrate Judge Allison Claire.

DATED:   December 22, 2015			SIEGEL LEWITTER MALKANI

						By:   /s/ Benjamin J. Siegel
						       Jonathan H. Siegel
						       Benjamin J. Siegel

						Attorneys for Plaintiff

DATED:   December 22, 2015			ANWYL & STEPP, LLP

						By:   /s/ James Anwyl (as authorized on 12/16/15)
						       James Anwyl
						       Lynn A. Garcia

						Attorneys for Defendant

*Siegel LeWitter Malkani*

*1939 Harrison St.
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE
Case No. 2:15-cv-00060-KJM-AC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: December 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Siegel LeWitter Malkani*

*1939 Harrison St.
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*

*1*
*2*
*3*
*4*
*5*
*6*
*7*
*8*
*9*
*10*
*11*
*12*
*13*
*14*
*15*
*16*
*17*
*18*
*19*
*20*
*21*
*22*
*23*
*24*
*25*
*26*
*27*
*28*